

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2015

No. 04-15-00231-CV

**IN RE** Dean **DAVENPORT**; Dillon Water Resources, Ltd.; 5D Drilling and Pump Service, Inc. f/k/a Davenport Drilling & Pump Service, Inc.; 5D Water Resources, LLC f/k/a Davenport Oper., LLC; Water Exploration Co., Ltd.; WAD, Inc.; Water Investment Leasing Company, LLC; Blue Gold Resources Management, LLC; Blue Gold Properties, LLC; and Blue Gold Development, LLC

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Rebeca C. Martinez, Justice
          Patricia O. Alvarez, Justice
          Luz Elena D. Chapa, Justice

On April 16, 2015, relators filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than May 28, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on May 8, 2015.

PER CURIAM

ATTESTED TO: _____
             Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2012-CI-03086, styled *Tom Hall, Thomas C. Hall, P.C. as Successor in Interest to Hall & Bates, L.L.P., Blake Dietzmann, Tim Patton and Timothy Patton, P.C. v. Dillon Water Resources, Ltd., 5D Drilling and Pump Service, Inc. f/k/a Davenport Drilling & Pump Service, Inc., 5D Water Resources, LLC f/k/a Davenport Oper., LLC, Dean Davenport, WAD, Inc., Water Exploration Co., Ltd., Water Investment Leasing Company, LLC, Blue Gold Resources Management, LLC, Blue Gold Properties, LLC and Blue Gold Development, LLC*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Peter A. Sakai presiding.